**Order entered March 26, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00030-CV

## ESTATE OF COREY DEWAYNE MITCHELL, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-03284-2**

## ORDER

Before the Court is the March 25, 2021 request of Lisabeth Kellett, Official Court Reporter for Probate Court No. 2, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **April 9, 2021**.

/s/     BONNIE LEE GOLDSTEIN
          JUSTICE